UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TAURA SCOTT, | Case No. EDCV 12-226 GW (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHARILYN HOPSON, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED: October 2, 2012

_____
GEORGE H. WU
United States District Judge